1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9     LARRY L. TIONSON,                          No.  2:24-cv-02898-EFB (PC)

10                    Plaintiff,

11         v.                                     ORDER

12    JEFFREY MACOMBER, et al.,

13                    Defendants.

14

15         Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983.

16    However, plaintiff did not sign his complaint.  Parties proceeding without counsel are required to

17    sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P.

18    11(a).  The court is unable to consider plaintiff's complaint unless he signs and re-files it.

19         The court will provide plaintiff an opportunity to re-file his complaint bearing his

20    signatures.  Failure to comply with this order will result in a recommendation that this action be

21    dismissed.

22         In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the

23    date of this order, plaintiff shall re-file a signed complaint.  Plaintiff's failure to comply with this

24    order will result in a recommendation that this action be dismissed.

25    Dated: September 5, 2025

26                                                EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE
27

28

                                                 1