UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. TIONSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY MACOMBER, et al.,<br><br>    Defendants. | No. 2:24-cv-02898-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

      Plaintiff, a state inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      On September 5, 2025, the court ordered plaintiff to submit a signed complaint within 30 days. ECF No. 7.  The order warned plaintiff that failure to submit a signed complaint would lead to a recommendation that the case be dismissed.  The time for acting has now passed and plaintiff has not filed a signed complaint or otherwise responded to the court's order.

      The Federal Rules of Civil Procedure require an operative complaint.  Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").  A complaint that is not signed after a party has been given an opportunity to do so must be stricken.  Fed. R. Civ. P. 11(a); *West v. Hulbert*, No. 1:16-CV-00046-DAD, 2016 U.S. Dist. LEXIS 64378, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be

1

stricken"); *Anderson v. Krpan*, No. 1:14-CV-01380-AWWI, 2015 U.S. Dist. LEXIS 11412, at *5 (E.D. Cal. Jan. 29, 2015) (same). Thus, plaintiff's unsigned complaint must be stricken.

Without an operative complaint, the action should be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

Accordingly, it is ORDERED that the Clerk of Court randomly assign a district judge to this action. It is RECOMMENDED that the complaint be stricken and this action be dismissed without prejudice for failure to submit a signed complaint. Fed. R. Civ. P. 11(a).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 2, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE