UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY L. TIONSON,

          Plaintiff,

    v.

JEFFREY MACOMBER, et al.,

          Defendants.

No.  2:24-cv-02898-DJC-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 2, 2025 are adopted in full;

2.  The case is dismissed without prejudice for Plaintiff's failure to submit a signed complaint or otherwise respond to the Court's September 5, 2025 order;

3.  The Motion to Proceed in Forma Pauperis (ECF No. 2) is denied as moot; and

4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2